IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

NOAH SYSTEMS, INC.,

     Plaintiff/ Counter-defendant,

                                           06cv0933

     v.                                   Electronically Filed

INTUIT INC.,

     Defendant/ Counter-plaintiff .

## <u>Order of Court</u>

**AND NOW, this 24th day of January, 2011**, after careful consideration of the Report

and Recommendation of the able Special Master, David G. Oberdick, Esquire,

on Defendant's Summary Judgment and Motion to Strike (Doc. No. 117), Noah Systems Inc.'s

Objections to the Report and Recommendation of Special Master on Defendant's Motion for

Summary Judgment and Motion to Strike (Doc. No. 118), and Intuit Inc.'s Response thereto

(Doc. No. 119), the Court HEREBY ORDERS as follows:

    (1)  Noah Systems Inc.'s Objections to the Report of Recommendation of Special Master

          on Defendant's Motion for Summary Judgment and Motion to Strike (Doc. No. 118)

          are OVERRULED.

    (2) The Report and Recommendation of the Special Master on Defendant's Motion for

          Summary Judgment (Doc. No. 117) is AFFIRMED and ADOPTED as the Opinion of

          the Court.

    (3) Accordingly, Defendant's Motion for Summary Judgment on Invalidity is HEREBY

          GRANTED (Doc. No. 94) as to the Asserted Claim of the '435 Patent, and

          Defendant's Motion to Strike the Epplinger and Kollar Declarations (Doc. No. 107) is

HEREBY DENIED AS MOOT.

(4) Judgment is HEREBY ENTERED in favor of Defendant/Counter-claimant and

against Plaintiff/Counter-defendant.[1]

(5) The Clerk shall mark the docket as CLOSED.


**SO ORDERED** this 24th day of January, 2011.

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge



cc: All Registered ECF Counsel and Parties

---

[1] Judgment is entered in favor of Defendant/Counter-claimant on the claim of invalidity and therefore moots the counterclaims for noninfringement and unenforceability.